NOVEMBER 1, 1976

STATE OF MICHIGAN *ex rel* WAYNE COUNTY PROSECUTOR v DIVERSIFIED THEATRICAL CORPORATION. (Docket Nos. 56964, 56965.) The motion by plaintiff-appellee to review costs is granted. No costs shall be taxed in this case because a public question was involved. *William L. Cahalan,* Prosecuting Attorney, *Theodore Stephens,* Chief, Civil Department, and *Rheo C. Marchand,* Assistant Prosecuting Attorney, for plaintiff-appellee. *Taylor & Rubin* for defendants-appellants Diversified Theatrical Corporation, Highland Theatre Corporation, and Leonard Brooks. *Fleishman, Brown, Weston & Rohde* for defendants-appellants Pussycat Theatres of Michigan, Inc., Jean Schumer, Penthouse Theatres, Inc., and Lido Cinema Corporation. Reported at 396 Mich 244.

PEOPLE v SHELINE. (Docket No. 57588.) The motion to supplement appellant's appendix is considered. The supplementary material has been used by the Court in connection with appellee's motion for bond. Facsimile copies of the supplementary material will be considered by the Court in connection with the appeal on the merits until such time as appellant can prepare the supplement in printed form to comply with GCR 1963, 855. The motion by appellee for bond pending appeal is considered and, pursuant to GCR 853.2(4), this Court orders that the case, on the issue of bond only, be remanded to the Monroe County Circuit Court for determination of the issue of bond in light of the present status of the case on appeal. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James J. Rostash,* Prosecuting Attorney, and *Dennis M. Powers,* Special Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellee. Reported below: 64 Mich App 193.